**E-Filed 10/22/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| R. AUBREE′ GUANCIONE, LAND PATENT HOLDER, PARAMOUNT DEED TO PROPERTY<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. STUMPF DBA THE PRESIDENT AND CEO OF WELLS FARGO (PURCHASER AND OWNER OF WACHOVIA MORTGAGE, FSB); ROBERT K. STEEL FORMERLY DBA THE PRESIDENT & CEO OF WACHOVIA BANKING; DAVID K. ZWIENER DBA THE SENIOR EXECUTIVE VP & CFO OF WACHOVIA OF BANKING,; DENNIS BROSNAN, DBA PRESIDENT AND CEO CAL-WESTERN RECONVEYANCE CORPORATION,<br><br>Defendants. | Case Number 5:09-CV-04684 JF (HRL)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>Re: Docket No. 6 |

Plaintiff R. Aubree Guancione, proceeding *pro se*, moves for "Dismissal Without Prejudice." It appears that Plaintiff's motion is one for voluntary dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a), and the Court will treat Plaintiff's motion as such. The motion is unopposed, and Defendants have not filed an answer or dispositive motion. The motion is granted and the Clerk shall close the file.

1

2   **IT IS SO ORDERED.**

3

4   DATED: 10/22/09

5

6   _____
    JEREMY FOGEL
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:09-CV-04684 JF (HRL)
ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL
(JFLC1)

1

This Order was served on the following persons:

2

R. Aubree' Guancione
c/o USPO PostMaster
POB 641641
San Jose, CA 95164

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3